UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS DERRELL SMITH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

/

Case No. 14-cv-12000

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND RECOMMENDATION** (document no. 17)**, DENYING THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** (document no. 14)**, AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** (document no. 16)

Plaintiff Marcus Smith seeks judicial review of the Social Security Administration's denial of social security benefits. The Court referred the case to a magistrate judge for a Report and Recommendation, which was issued on February 22, 2016. The Report advised the Court to deny the Plaintiff's motion for summary judgment, and grant the Commissioner of Social Security's motion for summary judgment, Report, ECF No. 17.

Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition. Thus, each party had until March 7 to file an objection. Neither party lodged an objection in the prescribed time. De novo review of the magistrate judge's findings is therefore not required. *See* Fed.R.Civ.P. 72(b)(3). The Court has reviewed the file and the Report, and finds that the magistrate judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions and will enter an appropriate judgment.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the Report and Recommendation (document no. 17) is **ADOPTED.**

**IT IS FURTHER ORDERED** that the Plaintiff's Motion for Summary Judgment (document no. 14) is **DENIED.**

**IT IS FURTHER ORDERED** that the Defendant's Motion for Summary Judgment (document no. 16) is **GRANTED.**

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: March 17, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 17, 2016, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager